**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

KATY PATTON,

Plaintiff,

v. CIVIL ACTION NO. 2:26-cv-00178

CVS PHARMACY, INC., et al.,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This action is referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. Pending before the court is the Defendants' Motion to Dismiss, [ECF No. 4]. On August 10, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations, [ECF No. 14], ("PF&R") and recommended that the court grant in part and deny in party Defendants' motion to dismiss; dismiss without prejudice the claims against Defendant CVS Health Corporation; and permit Plaintiff to proceed with her medical-malpractice claim against the remaining Defendants. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Defendants' Motion to Dismiss, **[ECF No. 4]**, is **GRANTED in part** and **DENIED in part**; the claims against Defendant CVS Health Corporation are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2); and Plaintiff shall proceed with her medical-malpractice claim against the remaining defendants.

The court further **ORDERS** the case **REFERRED** anew to Magistrate Judge Tinsley for further pretrial management and submission of a PF&R under the terms of the original referral order.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: August 31, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE